S. H. Cummins, administrator of the estate of Ettie M. Cummins, deceased, plaintiff in error, v. City of Springfield, defendant in error. Gen. No. 8,959.

Opinion filed January 17, 1936.

Carey E. Barnes, for plaintiff in error. Hugh J. Dobbs, for defendant in error; J. H. Weiner, of counsel.

Mr. Justice Allaben delivered the opinion of the court.

Paul Bros. Amusement Co., Inc., appellant, v. William P. Dunn, appellee. Gen. No. 8,914.

Opinion filed January 17, 1936.

Truman A. Snell and Michael F. Seyfrit, for appellant. James H. Murphy, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Sam Edwards, appellant, v. C. F. McCracken et al., appellees. Gen. No. 8,917.

Opinion filed January 17, 1936. Rehearing denied April 7, 1936.

A. B. Johnson, for appellant. Carl E. Robinson, for appellees.

Mr. Justice Fulton delivered the opinion of the court.

Dottie Vancil, appellee, v. Illinois Power and Light Corporation, appellant. Gen. No. 8,923.

Opinion filed January 17, 1936.

W. M. Acton and E. Bentley Hamilton, for appellant. Colfax T. Martin, Samuel V. Jinkins and Gunn, Penwell & Lindley, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

In re Estate of Elizabeth K. Adams, deceased. Marshall Davis, appellant, v. H. W. Rice, appellee. Gen. No. 8,928.

Opinion filed January 17, 1936.

Meyer & Meyer, for appellant. No appearance for appellee.

Mr. Justice Fulton delivered the opinion of the court.